NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1003

### INTAMIN, LTD.,

Plaintiff-Appellant,

v.

### MAGNETAR TECHNOLOGIES CORP.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 04-CV-0511, Judge Gary A. Feess.

ON MOTION

## O R D E R

Upon consideration of Intamin, Ltd.'s motion for a 30-day extension of time, until April 22, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

__MAR 2 5 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Ted S. Ward, Esq.
       John B. Sganga, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK